UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALBERT KARKUNOV,

                Plaintiff,

    v.

JULIEANN C SMITH et al,

               Defendants.

CASE NO. C15-5231 RBL-JRC

ORDER

      The Court, having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The Court denies plaintiff's motion for a temporary restraining order. Plaintiff has not filed a complaint, did not sign his motion, and has not filed an application to proceed in forma pauperis or paid the filing fee. The Court does not have a live case or controversy before it at this point in time.

(3) Plaintiff has until May 13, 2015, to cure the defects in his filings as noted in the Clerk of Court's April 13, 2015 letter (Dkt. 2).

DATED this 1st day of May, 2015.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE